IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **In re MedStar ERISA Litigation** | * | **Civil Action No. RDB-20-1984** |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is HEREBY ORDERED this 4th Day of February, 2021 that:

1. The Defendants' Motion to Dismiss (ECF No. 29) is DENIED;

2. The Clerk of the Court shall transmit a copy of this Order to counsel of record.

_____/s/_____
Richard D. Bennett
United States District Judge

1