IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ELSA REED, *individually as representative*
*of a class of similarly situated persons and*         *
*on behalf of the Medstar Health, Inc.*
*Retirement Savings Plan,*         *

      Plaintiffs,

      v.         *

**CIVIL NO. JKB-20-1984**
**MEMBER CASE NO. JKB-20-2250**

Medstar Health, Inc., *et al.,*         *

      Defendants.         *

*   *   *   *   *   *   *   *   *   *   *   *

## ORDER

On January 5, 2023, the Court held a scheduling conference with the parties in the above-captioned matter. The parties informed the Court that they have scheduled private mediation for March 20, 2023. The parties requested "denial without prejudice" of the motions addressed below. It is hereby ORDERED that:

1. Defendants' Motions to Exclude (ECF Nos. 65, 66) and Plaintiffs' Motion to Exclude (ECF No. 69) are DENIED WITHOUT PREJUDICE to their being refiled if the effort to mediate is unsuccessful;

2. Defendants' Motion to Seal (ECF No. 68) and Plaintiffs' Motion to Seal (ECF No. 70), both of which relate to documents accompanying the parties' above-described Motions to Exclude, are DENIED WITHOUT PREJUDICE; and

     A. Pursuant to Local Rule 105.11, the parties will be provided an opportunity to withdraw the materials that they sought to seal. On or before January 20, 2023, the

parties shall withdraw such materials; if such materials are not withdrawn on or before January 20, 2023, they will be unsealed.

3.  A TELEPHONE STATUS AND SCHEDULING CONFERENCE is set in for March 31, 2023 at 12:00 p.m., during which the Court expects to schedule this matter for trial absent successful mediation.  Counsel for Plaintiffs is DIRECTED to arrange for and distribute telephone conference information to all counsel and to the Court.

DATED this __6__ day of January, 2023.

BY THE COURT:

James K. Bredar
Chief Judge