IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ELSA REED,** *individually as representative of a class of similarly situated persons and on behalf of the Medstar Health, Inc. Retirement Savings Plan,*

    **Plaintiffs,**

    v.

**Medstar Health, Inc.,** *et al.,*

    **Defendants.**

CIVIL. No. JKB-20-1984
MEMBER CASE No. JKB-20-2250

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon the NOTICE OF SETTLEMENT from the Parties (ECF No. 115), the Court hereby ORDERS as follows:

1. The Bench Trial previously set to begin on February 26, 2024, and all associated dates and deadlines found in the Court's Supplemental Scheduling Order (ECF No. 112) are hereby VACATED.

2. Plaintiff SHALL FILE a motion for preliminary approval of the settlement and all supporting papers by January 19, 2024.

DATED this __19__ day of December, 2023.

BY THE COURT:

_____
James K. Bredar
Chief Judge

1