IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| *In re MedStar ERISA Litigation* | Master File No. 1:20-cv-01984-JKB |
| | Chief Judge James K. Bredar |
| | January 19, 2024 |

### UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Elsa Reed ("Plaintiff"), on behalf of the proposed Settlement Class (defined below) and the MedStar Health, Inc. Retirement Savings Plan (the "Plan"), hereby moves pursuant to Federal Rule of Civil Procedure 23 for entry of an Order that: (1) preliminarily approves the Settlement Agreement[1] dated January 19, 2024 with Defendants;[2] (2) finds that the Class may be maintained through such time as the Court enters an order granting final approval of the Settlement; (3) approves and directs effectuation of the proposed notice plan ("Notice Plan") in the Settlement Agreement and proposed Preliminary Approval Order;[3] and (4) sets a final approval hearing on a date convenient for the Court at least 140 days after the entry of an order preliminarily approving the proposed settlement (the "Settlement"). A proposed Preliminary Approval Order is attached as Exhibit C to the Settlement Agreement.

---

[1] The Settlement Agreement and Exhibits A through E thereto are collectively attached as Exhibit 1 to the accompanying Declaration of Laurie Rubinow ("Rubinow Decl."). Capitalized terms not defined herein have the same meaning as in the Settlement Agreement.

[2] Defendants are MedStar Health, Inc. ("MedStar Health"), the Board of Directors of MedStar Health, Inc. ("Board"), the MedStar Health, Inc. Retirement Savings Plan Committee, and members of the Board or Administrative Committee ("Administrative Committee" or "Committee" and with MedStar Health and the Board, "Defendants").

[3] A proposed Preliminary Approval Order is attached as Exhibit C to the Settlement Agreement.

For the reasons set forth in the Settlement Agreement, accompanying memorandum of law and all supporting papers, as well as the record in this litigation, Plaintiff respectfully submits that the Settlement is fair, reasonable, adequate, and should be preliminarily approved so that notice can be provided to the Settlement Class.

The Settlement is the product of arm's-length negotiations between the Parties and their counsel, all of whom comprehensively litigated this matter, are well-informed regarding all the issues in this litigation, and have significant experience in complex litigation of this type. Accordingly, Plaintiff respectfully requests that the Court enter the proposed Preliminary Approval Order.

Plaintiff has conferred with Defendants and understands that Defendants do not oppose the Motion. Plaintiff stands ready to provide any additional information that the Court may require in connection with its consideration of the Motion.

Dated: January 19, 2024	Respectfully Submitted,

/s/ Alec J. Berin
James C. Shah
Alec J. Berin
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jcshah@millershah.com
         ajberin@millershah.com

James E. Miller
Laurie Rubinow
MILLER SHAH LLP
65 Main Street
Chester, CT 06412
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jemiller@millershah.com
         lrubinow@millershah.com

Mark K. Gyandoh
CAPOZZI ADLER, P.C.
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
Email: markg@capozziadler.com

Donald R. Reavey
CAPOZZI ADLER, P.C.
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
Facsimile: (717) 233-4103
Email: donr@capozziadler.com

Timothy F. Maloney
Jay P. Holland
Alyse L. Prawde
JOSEPH GREENWALD & LAAKE, PA
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770-1417
Telephone: (301) 220-2200
Facsimile: (301) 220-1214
Email: tmaloney@jgllaw.com
        jholland@jgllaw.com
        aprawdee@jgllaw.com

*Attorneys for Plaintiff, the Plan,
and the Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2024, I caused the foregoing document to be electronically filed with the Clerk of Court, and served upon the counsel of record using the CM/ECF system.

/s/ Alec J. Berin
Alec J. Berin